UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARK SLAMEN, | Case No. 22-cv-02589-WHO (PR) |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| H. CASTENADA, | Dkt. No. 27 |
| Defendant. | |

Pursuant to the parties' stipulation to voluntary dismissal with prejudice, this action is DISMISSED WITH PREJUDICE.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  (Dkt. No. 27.) As stated in the notice, each party shall bear its own fees and costs.  (*Id.*)

The Clerk terminate all pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

**Dated:** June 6, 2024



_____
WILLIAM H. ORRICK
United States District Judge